ACCEPTED
01-15-00141-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 6:40:19 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00141-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
~~1st COURT OF APPEALS~~
HOUSTON, TEXAS
3/11/2015 6:40:19 PM
CHRISTOPHER A. PRINE
Clerk

MADHUSUDAN SHAH, APPELLANT

v.

SODEXO SERVICES OF TEXAS LIMITED PARTNERSHIP

On appeal from the 55th Judicial District Court
Harris County, Texas
Trial Court Cause No. 2014-20678

APPELLANT MADHUSUDAN SHAH'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

LEAD COUNSEL FOR APPELLANT:

Kenneth R. Baird
The Baird Law Firm
2323 South Voss Road, Suite 325
Phone: (713) 783-1113
Facsimile: (281) 677-4227
bairdlawfirm@hotmail.com

1

## APPELLANT MADHUSUDAN SHAH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES, Madhusudan Shah, Appellant in the above-styled and numbered cause (hereinafter "Appellant"), appearing by and through the assistance of the undersigned counsel of record, and pursuant to the authority of Rule 10 of the Texas Rules of Appellate Procedure, files his Unopposed Motion for Extension of Time to File Initial Brief. In support thereof, Appellant respectfully shows the Honorable Court of Appeals as follows:

## I.
## SUMMARY OF RELIEF SOUGHT

1.1. Appellant understands that his initial appellate brief is due on March 30, 2014. Due to the recent filing of the clerk's record, Appellant's counsel has not yet had an opportunity to obtain a copy of the clerk's record to use in connection with the drafting of Appellant's brief. As Appellant's counsel plans to pay the applicable fee and obtain a copy of the clerk's record shortly, Appellant respectfully requests that the Honorable Court of Appeals extend the deadline for his brief by thirty days or until April 29, 2014. There have no prior extensions relative to the briefing schedule and Appellant seeks an extension not for purposes of delay but so that justice may be accomplished.

## II.
## RELEVANT FACTUAL & PROCEDURAL HISTORY

2.1.    Appellant filed his Notice of Appeal with the trial court clerk on February 12, 2015.

2.2.    The case was assigned to the First Court of Appeals on February 17, 2015 and the required filing fee has been paid by Appellant.

2.3.    The clerk's record was filed on February 27, 2015.

2.4.    From a notice sent by the clerk of court on March 2, 2015, Appellant understands that his initial brief is due on March 30, 2015 or thirty days from the filing of the clerk's record.[1]

## III.
## ARGUMENT & AUTHORITIES

3.1.    Good cause exists for the proposed extension.  In particular, Appellant's counsel needs additional time to obtain a copy of the clerk's record so that he can prepare Appellant's brief.  In this regard, counsel for Appellant spoke with the clerk's office on the day this motion was filed and will make arrangements shortly to obtain a copy of the clerk's record, including the payment of the required one dollar fee.  As an alternative basis for the requested continuance, Appellant's counsel

---

[1] Thirty days from February 27, 2015 is March 29, 2015.  However, Appellant considers the deadline to the following business day or March 30, 2015.

needs additional time to prepare the brief based upon his commitments in other matters.

3.2.    Appellant understands that his initial brief is due by March 30, 2014 and respectfully requests a thirty day extension of time with a new briefing deadline of April 29, 2014.

3.3.    There have been no prior requests for an extension of the current briefing schedule.

3.4.    The proposed extension is not sought for purposes of delay but so that he ends of justice can be served.

3.5.    Neither party will be prejudiced by the proposed extension as evidenced by the fact that Appellee is not opposing the requested extension.

## IV.
## <u>CONCLUSION & PRAYER FOR RELIEF</u>

WHEREFORE, PREMISES CONSIDERED, Appellant Madhusudan Shah respectfully prays that the Honorable Court of Appeals grant his Unopposed Motion for Extension of Time to File Initial Brief thereby extending the deadline for his initial brief by thirty days to April 29, 2015.    Appellant Madhusudan Shah additionally prays that the Honorable Court of Appeals memorialize its decision in this regard by entering the proposed order which is attached.    Finally, Appellant Madhusudan Shah prays for such further relief, at either law or equity, to which he may prove himself to be justly entitled.

4

Respectfully Submitted,

THE BAIRD LAW FIRM


/s/ Kenneth R. Baird, Esq._____
Kenneth R. Baird
Texas Bar No. 24036172
2323 South Voss Road, Suite 325
Houston, Texas 77057
Phone: (713) 783-1113
Facsimile: (281) 677-4227
bairdlawfirm@hotmail.com
COUNSEL FOR APPELLANT
MADHUSUDAN SHAH

## CERTIFICATE OF CONFERENCE

As required by Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, I certify that I have conferred with all other parties – who are listed below – about the merits of this motion with the following results:

Neal A. Hoffman, counsel for Appellee Sodexo Services of Texas Limited Partnership, has indicated that he does not oppose the motion.

/s/ Kenneth R. Baird, Esq._____
Kenneth R. Baird
Date: March 11, 2015

## CERTIFICATE OF SERVICE

As required by Rules 6.3and 9.5(b) – (e) of the Texas Rules of Appellate Procedure, I certify that I have served this document on all other parties – which are listed below – by the manner of service indicated below:

***Via Electronic Filing***
***& Facsimile: (713)629-5027***
Mr. Nelson D. Skyler
Mr. Neal A. Hoffman
Brown Sims
1177 West Loop South, 10th Floor
Houston, Texas 77027
*Counsel for Appellee Sodexo Services of Texas*
*Limited Partnership*

/s/ Kenneth R. Baird, Esq._____
Kenneth R. Baird
Date: March 11, 2015